### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD FARMER, POMPEY HICKS,** and **ANTWON WILLIAMS**, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>**DIRECTSAT USA, LLC, a/k/a UNITEK USA,**<br><br>             Defendant. | CIVIL ACTION<br><br>FILED: JULY 11, 2008<br>08CV3962<br>JUDGE ST. EVE<br>NO.   MAGISTRATE JUDGE VALDEZ<br>YM |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Jac A. Cotiguala, Esquire
      Jac A. Cotiguala & Associates
      431 South Dearborn Street, Suite 606
      Chicago, IL 60605

PLEASE TAKE NOTICE that on July 11, 2008, Defendant DirectSat USA, LLC filed the attached Notice of Removal, Appearances, Civil Cover Sheet and Disclosure Statement, copies of which are attached hereto and are hereby served upon you.

Ursula A. Taylor, Esquire, hereby certifies that, on July 11, 2008, she caused to be served true and correct copies of the aforementioned Notice of Removal, Appearances, Civil Cover Sheet and Disclosure Statement by U.S. mail, first class, postage prepaid, upon the parties listed above.

Respectfully Submitted,

Defendant DirectSat USA, LLC

/s/ Ursula A. Taylor
Ursula A. Taylor

Jason S. Dubner (ARDC# 06257055)
Ursula A. Taylor (ARDC # 6287522)
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660

        Eric J. Bronstein
        Colin D. Dougherty
        Elliott Greenleaf & Siedzikowski, P.C.
        Union Meeting Corporate Center
        925 Harvest Drive, Suite 300
        Blue Bell, PA  19422
        (215) 977-1000

DATED:  July 11, 2008        Attorneys for Defendant  DirectSat USA, LLC

423040v1