IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GERALD FARMER, POMPEY HICKS,** and **ANTWON WILLIAMS, individually,** and on behalf of all others similarly situated, <br><br>                Plaintiffs, <br>        v. <br><br> **DIRECTSAT USA, LLC, a/k/a UNITEK USA,** <br><br>                Defendant. | : : : : : : : : : : : : : | CIVIL ACTION <br><br> NO.   FILED: JULY 11, 2008 <br> 08CV3962 <br> JUDGE ST. EVE <br> MAGISTRATE JUDGE VALDEZ <br> YM |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT DIRECTSAT USA, LLC**

DirectSat USA, LLC ("DirectSat") makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2: non-governmental corporate party DirectSat, a Delaware limited liability company, is a wholly-owned subsidiary of Unitek USA, LLC ("Unitek"), also a Delaware limited liability company; Unitek is DirectSat's sole member; the sole member of Unitek is Unitek Acquisition Corporation, which is a corporation incorporated in Delaware with a principal place of business in Blue Bell, PA; and no publicly held corporation owns 10% or more of DirectSat's stock.

                                                            Respectfully submitted,

                                                            /s/ Ursula A. Taylor
                                                            Jason S. Dubner
                                                            Ursula A. Taylor
                                                            Butler Rubin Saltarelli & Boyd
                                                            70 West Madison Street, Suite 1800
                                                            Chicago, IL 60602
                                                            (312) 444-9660

                                                            Eric J. Bronstein
                                                            Colin D. Dougherty
                                                            Elliott Greenleaf & Siedzikowski, P.C.
                                                            Union Meeting Corporate Center
                                                            925 Harvest Drive, Suite 300
                                                            Blue Bell, PA  19422
                                                            (215) 977-1000

DATED:  July 11, 2008                         Attorneys for Defendant DirectSat USA, LLC

423043v1