# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case Number: 08CV3962

GERALD FARMER, POMPEY HICKS and
ANTWON WILLIAMS, individually, and on behalf
of all others similarly situated,
               vs.
DIRECTSAT USA, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DIRECTSAT USA, LLC, a/k/a UNITEK USA, Defendant

| NAME (Type or print) |
| --- |
| ERIC J. BRONSTEIN, ESQUIRE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eric J. Bronstein |
| FIRM |
| Elliott Greenleaf & Siedzikowski, P.C. |
| STREET ADDRESS |
| 925 Harvest Drive, Suite 300, P.O. Box 3010 |
| CITY/STATE/ZIP |
| Blue Bell, PA 19422 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 215-977-1029 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐