**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:   08 cv 3962

GERALD FARMER, POMPEY HICKS, and ANTWON WILLIAMS,
individually, and on behalf of all others similarly situated,

                    Plaintiffs,

          v.

DIRECT SAT USA, LLC, a/k/a UNITEK USA,

                    Defendant.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GERALD FARMER, POMPEY HICKS, and ANTWON WILLIAMS, individually, and on behalf of all others similarly situated,

| |
|---|
| NAME (Type or print)<br>James B. Zouras |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/James B. Zouras |
| FIRM     STEPHAN ZOURAS, LLP |
| STREET ADDRESS   205 N. Michigan Ave., Suite 2560 |
| CITY/STATE/ZIP      Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) #6230596 | TELEPHONE NUMBER  312-233-1550 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL