**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gerald Farmer, et al.
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−03962
                                                     Honorable Amy J. St. Eve

DirectSat USA, LLC.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/30/2008 and continued to 9/24/08 at 8:30 a.m. Rule 26(a)(1) disclosures by 8/5/08. Defendant's amended answer to be filed by 8/8/08. Written discovery to be issued by 8/15/08. Plaintiffs to refile their motion for class certification by 9/19/08. Fact discovery as to the class closes 12/1/08. All fact discovery to be completed by 3/31/09. Expert discovery to be completed by 6/1/09. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.