IN THE UNITED STATES COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD FARMER, POMPEY HICKS, ANTWON WILLIAMS, individually, and on behalf of all others similarly situated, and STEVEN EMLING, SILAS JUNIOUS, and ODELL STIFFEND, individually, | ) ) ) ) ) ) | Case No. 08 CV 3962  Judge John Z. Lee |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| DIRECTSAT USA, LLC, UNITEK USA, LLC, JAY HEABERLIN, LLOYD RIDDLE, and DAN YANNANTUONO, | ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF CLASS ACTION DECERTIFICATION
_____

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY**

**PURPOSE OF THIS NOTICE**

The Court is sending you this notice to let you know about a significant recent change in the status of the above-captioned lawsuit which may affect the rights of individuals employed by DirectSat as technicians in the state of Illinois between December 3, 2006 and June 11, 2008. **It is believed that you are a member of this class.**

**ABOUT THE LAWSUIT**

Plaintiffs filed this lawsuit, on June 11, 2008, on behalf of themselves and a class of similarly situated technicians, asserting claims under the Illinois Minimum Wage Law.

Previously, the Court ruled that the case should be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure. The certified class consisted of:

> All individuals who were employed by DirectSat as service technicians or production technicians in the state of Illinois between December 3, 2006 and June 11, 2008.

DirectSat's records show that you were a member of the certified class.

1

### DECERTIFICATION OF THE CLASS AND HOW YOUR LEGAL RIGHTS ARE AFFECTED BY THE DECERTIFICATION

On June 6, 2013, the Court determined that the case should no longer proceed as a class action, and instead should proceed as an individual lawsuit by the Named Plaintiffs only. Therefore, all persons who are members of the class described above are no longer parties to this lawsuit and their individual rights and claims are no longer being addressed or represented in this lawsuit.

If you want to continue to pursue an action for unpaid wages and overtime compensation against one or more of the Defendants, you must file your own individual law suit. The time to do so is currently running. That means that if you do not file your own law suit within a certain period of time, you may be forever barred from doing so. That period of time has not been calculated for purposes of this Notice.

### ADDITIONAL INFORMATION AND INQUIRIES

For a copy of the Court's decertification order, as well as a complete description of the claims initially filed in the Complaint, you may examine and copy these materials in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604. Please do not contact the Court with questions regarding this notice, but you may direct any additional inquiries to counsel for Plaintiffs:

| | |
|---|---|
| Ryan F. Stephan | Jac A. Cotiguala |
| James B. Zouras | Brian D. Massatt |
| STEPHAN ZOURAS, LLP | JAC A. COTIGUALA & ASSOCIATES |
| 205 North Michigan Avenue, Suite 2560 | 431 South Dearborn Street, Suite 606 |
| Chicago, IL 60601 | Chicago, IL 60605 |
| (312) 233-1550 | (312) 939-2100 |

Dated: _____      _____
　　　　　　　　　　　　　　　　　　　　The Honorable John Z. Lee
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF CLASS ACTION DECERTIFICATION** was served upon the following parties via this Court's ECF filing system, this 13th day of August, 2013:

| | |
|---|---|
| Colin D. Dougherty | Jason Dubner |
| Jonathan D. Christman | J. David Winters |
| Fox Rothschild, LLP | Butler Rubin Salterelli & Boyd LLP |
| 10 Sentry Parkway, Suite 200 | 70 West Madison Street |
| P.O. Box 3001 | Suite 1800 |
| Blue Bell, PA 19422 | Chicago, IL 60602 |

/s/ Ryan F. Stephan
Ryan F. Stephan